## STATE OF CONNECTICUT *v.* CLINTON EARL BRYANT

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 602 (AC 26243), is denied.

*Pamela S. Nagy*, special public defender, in support of the petition.

*Sarah Hanna*, special deputy assistant state's attorney, in opposition.

Decided January 25, 2007

## STATE OF CONNECTICUT *v.* TIMOTHY MONROE

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 588 (AC 26465), is denied.

*Robert E. Byron*, special public defender, in support of the petition.

Decided January 25, 2007

## ROBERT HAIR *v.* COMMISSIONER OF CORRECTION

The petitioner Robert Hair's petition for certification for appeal from the Appellate Court, 98 Conn. App. 903 (AC 26507), is denied.

*Michael A. Roussos*, special public defender, in support of the petition.

*Gerard P. Eisenman*, senior assistant state's attorney, in opposition.

Decided January 25, 2007